UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

            v.                                            19-CR-686 (CM)

**<u>ORDER</u>**

BRANDON SEEGERS, et. al.,

                   Defendants.
----------------------------------------------------------X

McMahon, C.J.:

       The Court will hold a status telephone conference Thursday, October 8, 2020, at 12:00 p.m., with all four defendants.

       To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendants' family members) and press are welcomed to dial in but must remain silent.

October 7, 2020

                                                             Colleen McMahon
                                                             Chief Judge