UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Seegers                          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

19 Cr. 686 (CM)

Defendant _Denzell Funderburk_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer

_Denzell Funderburk/EM_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Denzell Funderburk_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Elizabeth Macedonio_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_10/8/20_
Date

_____
U.S. District Judge/U.S. Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____