UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                           :

UNITED STATES OF AMERICA
                           :     19 CR 686-1

      -against-             :     ORDER
                           :

Brandon Seegers
                           :

        Defendant
                           :
----------------------------------X

Colleen McMahon, United States District Judge:

ORDERED that the defendant's bail be modified to include travel to the District of New Jersey.

Dated: New York, New York
       December 4, 2020

SO ORDERED



Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/20