UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

              v.                                      19-CR-686 (CM)

**ORDER**

BRANDON SEEGERS, et. al.,

                        Defendants.
----------------------------------------------------------X

McMahon, C.J.:

      The Court will hold a status telephone conference Wednesday, December 9, 2020, at 10:00 a.m., with all four defendants.

      To join the conference the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendants' family members) and press are welcomed to dial in but must remain silent.

December 8, 2020

                                                          Colleen McMahon
                                                         Chief Judge