## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

65 BROADWAY SUITE 1603
NEW YORK, NY 10006
TEL: 212-430-6590
FAX: 212-981-3305

MARTIN E. ADAMS
KARLOFF C. COMMISSIONG
ADMITTED TO PRACTICE IN NEW YORK
WWW.AMCMLAW.COM

**MEMO ENDORSED**

July 6, 2021

**VIA E.C.F.**

Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten endorsement: 7/6/21 Sentencing of All defendants Adj to Sept. 29, 2021 at 11:00AM. /s/ Colleen McMahon]*

Re: <u>United States v. Brandon Seegers, et al. 19 Cr. 686 (CM)</u> – Request for adjournment of sentencing

Dear Judge McMahon:

I write on behalf of all defense counsel in this matter to request an adjournment of sentencing. This is the first request for an adjournment of sentencing in this matter. Sentencing is scheduled for July 14, 2021, at 2:00p.m. We have not received the final P.S.R. in this matter. The final P.S.R., which contains Probation's sentencing recommendation is critical prior to the submission of sentencing letters. We have spoken with the government regarding an adjournment, and their preference is to have a short adjournment, such that the sentencing date remains in July.

Accordingly, we request an adjournment of sentencing in this matter.

Respectfully Submitted,

*/s/*

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Michael Herman (Via Electronic Mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/21